## Jason Charpentier

| | |
|---|---|
| From: | Schute, Karin [Karin.Schute@ago.mo.gov] |
| Sent: | Thursday, May 09, 2013 8:31 AM |
| To: | 'Emerson, Dan'; Jason Charpentier |
| Cc: | Teneil Kellerman |
| Subject: | RE: Travis Jones - Consent to Extend ADR to 8.16.13 |

| | |
|---|---|
| TimeMattersID: | MC8B2A1D426F0964 |
| TM Contact: | Travis Jones |
| TM Contact No: | JT04 |
| TM Matter No: | JT04-001 |
| TM Matter Reference: | Jones, Travis - In Re: Travis Jones - Wrongful Incarceration |

Yes, you have my consent.

Thanks!

---

**From:** Emerson, Dan [mailto:emersond@stlouis-mo.gov]
**Sent:** Wednesday, May 08, 2013 4:11 PM
**To:** Jason Charpentier
**Cc:** Schute, Karin; Teneil Kellerman
**Subject:** Re: Travis Jones - Consent to Extend ADR to 8.16.13

I consent. Thank you for drafting.

Regarding the discovery, I have Corrections working on responses and hope to have those in my possession by the end of this week. I'll update you on Friday and e-mail you pdf's of what I already have. Certainly I should have complete responses by next week. Thanks again for your patience.

Dan

On Wed, May 8, 2013 at 10:25 AM, Jason Charpentier <Jason@groweeisen.com> wrote:

Karin and Dan,


Attached is a draft motion for an extension to conclude ADR by 8.16.13. Please let me know if I have your consent to file this motion. Thanks.


## Jason A. Charpentier

*Partner*


**Growe Eisen Karlen**
7733 Forsyth Blvd., Suite 325



EXHIBIT A

1