IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TRAVIS JONES, | ) |
| Plaintiff, | ) Cause No: 4:12-CV-01220-ERW |
| v. | ) |
| FRANCIS SLAY JR., et al, | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

| | |
|---|---|
| TO: | All Counsel of Record |
| DATE AND HOUR: | September 20, 2013 at 11:00 a.m. |
| DEPONENT: | Larry Edinger |
| PLACE DEPOSITION IS TO BE TAKEN: | St. Louis City Police Department<br>1200 Clark<br>St. Louis, MO 63013 |
| REPORTER: | Bobbi Luber, LLC |

PLEASE TAKE NOTICE that at the above date, hour and place, the attorneys for Plaintiff shall cause the deposition of the above witness to be taken upon oral examination pursuant to the Missouri Rules of Civil Procedure 57.03(b)(4) before a qualified court reporter and suitable notary public which will continue from day to day until complete.  Any part or their attorney may appear and participate as they see fit.

GROWE EISEN KARLEN

_____
Teneil L. Kellerman, MO 52971
7733 Forsyth, Suite 325
Clayton, MO 63105
T: (314) 725-1912
F: (314) 261-7326
Teneil@groweeisen.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 28th day of August, 2013, I forwarded the foregoing to the following:

Ms. Karin A. Schute
Assistant Attorney General
P.O. Box 861
St. Louis, MO 63188
T: 314-340-7861
F: 314-340-7029
*Attorney for Defendants Slay, Gray, Battle-Turner, Irwin, Isom, and St. Louis Police Dept.*


Daniel J. Emerson
City Counselor's Office
Room 314, City Hall
St. Louis, MO  63103
T: 314-622-3361
F: 314-622-4956
*Attorney for Defendants Sheriff's Dept., Sheriff Murphy, St. Louis City Police Dept. of Corrections and Dale Glass*


_____